UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARTESIAN PRODUCTS, INC.,

    Plaintiffs,

v.                                                  Case No. 8:23-CV-00061

ROPER TECHNOLOGIES, INC.,
ISQFT, INC. FORMERLY KNOWN AS
CONSTRUCTION SOFTWARE
TECHNOLOGIES, INC., AND ON
CENTER SOFTWARE, INC.,

    Defendants.

_____

**DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

    Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Plaintiff CARTESIAN PRODUCTS, INC. ("Cartesian"), by and through its undersigned counsel, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

    **None.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the

citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

   **None.**

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   | | |
   |---|---|
   | **Cartesian Products, Inc.** | Plaintiff |
   | **Joel B. Rothman** | Plaintiff's Counsel |
   | **Angela M. Nieves** | Plaintiff's Counsel |
   | **SRIPLAW, P.A.** | Plaintiff's Counsel |
   | **Roper Technologies, Inc.** | Defendant |
   | **iSQFT, INC.** | Defendant |
   | **On Center Software, Inc.** | Defendant |

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   **None.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   **None.**

6. Identify each person arguably eligible for restitution:

   **None.**

   ☒   I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be.  See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated:  January 10, 2023    Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number:  98220
joel.rothman@sriplaw.com
ANGELA M. NIEVES
Florida Bar Number:  1032760
angela.nieves@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Cartesian Products, Inc.*