# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

### CASE NO.: 8:23-cv-00061-KKM-JSS

CARTESIAN PRODUCTS, INC.,

    Plaintiff,

v.

ROPER TECHNOLOGIES, INC., ISQFT, INC. FORMERLY KNOWN AS CONSTRUCTION SOFTWARE TECHNOLOGIES, INC., AND ON CENTER SOFTWARE, INC.,

    Defendants.

## NOTICE OF DESIGNATION OF LEAD COUNSEL

Plaintiff Cartesian Products, Inc., by and through its undersigned counsel, hereby files this Notice of Designation of Lead Counsel, designating Joel B. Rothman as lead counsel for Plaintiff in this matter.

Dated: January 10, 2023

Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
ANGELA M. NIEVES
Florida Bar Number: 1032760
angela.nieves@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Cartesian Products, Inc.*