UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CARTESIAN PRODUCTS, INC.,**

    **Plaintiff,**

v.                                          **CASE NO: 8:23-cv-00061**

**ROPER TECHNOLOGIES, INC.,
iSQFT, INC. formerly known as
CONSTRUCTION SOFTWARE
TECHNOLOGIES, INC. and ON
CENTER SOFTWARE, INC.,**

    **Defendants.**
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

Defendants Roper Technologies, Inc., f/k/a CONSTRUCTION SOFTWARE TECHNOLOGIES, INC. and ON CENTER SOFTWARE, INC., pursuant to Federal Rule of Civil Procedure 6(b), moves to extend the time for it to respond to the Complaint and states as follows:

1. Defendants' current deadline to respond to the Complaint is March 19, 2023.

2. Defendants are represented by Shumaker, Loop & Kendrick, LLP for this case.

18460725v1

3. Counsel for Defendants have been engaged in settlement discussions with counsel for Plaintiff, and the parties are in agreement for Defendants to have an additional thirty (30) days to respond to the Complaint.

4. Defendants are requesting the additional time to respond in good faith and not for purposes of delay.

5. The Plaintiff has also agreed to the relief and will in no way be prejudiced by the extension.

WHEREFORE, Defendants respectfully request that this Unopposed Motion for Extension of Time to Respond to Complaint allowing Defendants until April 18, 2023 to respond be granted.

**SHUMAKER, LOOP & KENDRICK, LLP**

Dated: March 16, 2023    Respectfully submitted,

/s/Douglas A. Cherry
Douglas A. Cherry, Esquire (Lead counsel)
Florida Bar No. 0333130
dcherry@shumaker.com
Shumaker, Loop & Kendrick, LLP
240 South Pineapple Avenue, 10th Floor
Sarasota, Florida 34236
Telephone No.: (941) 366-6660
Facsimile No.: (941) 366-3999

Mindi M. Richter, Esquire
Florida Bar No. 0044827
mrichter@slk-law.com
Shumaker, Loop & Kendrick, LLP

18460725v1

101 East Kennedy Boulevard
Suite 2800
Tampa, Florida 33602
Telephone No.: (813) 229-7600
Facsimile No.: (813) 229-1660

*Attorneys for Defendants*

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned hereby certifies that counsel have conferred on this motion and are in agreement on the relief sought herein.

By: /s/ Douglas A. Cherry

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 16, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

By: /s/ Douglas A. Cherry

18460725v1