# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| CARTESIAN PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROPER TECHNOLOGIES, INC., ISQFT, INC. formerly known as CONSTRUCTION SOFTWARE TECHNOLOGIES, INC., AND ON CENTER SOFTWARE, INC., <br><br> Defendants. | Case No. 8:23-cv-00061-KKM-JSS <br><br> Judge Kathryn Kimball Mizelle <br> Magistrate Judge Julie S. Sneed |

## STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS STIPULATED AND AGREED that Jonathan R. Weiss, Esq. and the law firm of Squire Patton Boggs (US) LLP is hereby substituted for Douglas Anthony Cherry and the law firm of Shumaker, Loop & Kendrick, LLP as counsel of record in this matter on behalf of Defendants, Roper Technologies, Inc., iSQFT, Inc., and On Center Software, Inc., ("Defendants").  All further pleadings, correspondence, etc., shall be provided to Jonathan R. Weiss at Squire Patton Boggs (US) LLP.

Douglas Anthony Cherry and the law firm of Shumaker, Loop & Kendrick, LLP shall be discharged and relieved from any further responsibility to represent the Defendants.

1095909470\1\AMERICAS

This substitution of counsel is made with full knowledge and consent of the parties.

Dated: March 30, 2023

Respectfully submitted,

By: */s/ Jonathan R .Weiss*
Jonathan R. Weiss
Florida Bar No. 057904
Squire Patton Boggs (US) LLP
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Telephone: 305-577-7021
Facsimile: 305-577-7001
Email: Jonathan.weiss@squirepb.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 30, 2023, a true copy of the foregoing has been filed via the CM/ECF filing system that will serve an electronic Notice of Filing to all counsel of record.

*/s/ Jonathan R. Weiss*
Jonathan R. Weiss

1095909470\1\AMERICAS