## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CARTESIAN PRODUCTS, INC.,

     Plaintiff,

     v.

ROPER TECHNOLOGIES, INC.,
ISQFT, INC. formerly known as
CONSTRUCTION SOFTWARE
TECHNOLOGIES, INC., AND ON
CENTER SOFTWARE, INC.,

     Defendants.

Case No. 8:23-cv-00061-KKM-JSS

Judge Kathryn Kimball Mizelle
Magistrate Judge Julie S. Sneed

## <u>CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Local Rule 3.03 and this Court's interested persons order, Defendants, Roper Technologies, Inc., iSQFT, Inc., and On Center Software, Inc., ("Defendants"), by and through the undersigned counsel, hereby disclose the following:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

**Plaintiff Cartesian Products, Inc.**

**Joel B. Rothman, Angela Maria Nieves, Craig Wirth, and Layla Nguyen of the firm Schneider Rothman Intellectual Property Law Group, PLLC are counsel for Plaintiff.**

**Defendant ConstructConnect, Inc.   Named Defendants iSQFT, Inc., f/k/a Construction Software Technologies, Inc., and On Center Software, Inc. have been merged into one entity, ConstructConnect, Inc.**

**Defendant Roper Technologies, Inc.**

2.     The name of every other entity with publicly-traded stock, equity, or

debt that may be affected by the outcome of the proceedings:

**Defendant Roper Technologies, Inc. is the parent company of Defendant ConstructConnect, Inc. and is a publicly-traded corporation.**

3.     The name of every other entity which is likely to be an active participant

in the proceedings, including the debtor and members of the creditors' committee

(or twenty largest unsecured creditors) in bankruptcy cases:

**Not applicable.**

4.     The name of each victim (individual or corporate) of civil and criminal

conduct alleged to be wrongful, including every person who is arguably eligible for

restitution:

**Plaintiff Cartesian Products, Inc. for the claims alleged and Defendant ConstructConnect, Inc. for any counterclaims.**

I HEREBY CERTIFY that, except as disclosed above, I am unaware of any

actual or potential conflict of interest involving the District Judge or the Magistrate

2

Judge assigned to this case, and will immediately notify the Court in writing within

fourteen days after learning of any such conflict.

DATED:  March 30, 2023                      Respectfully submitted,


                                            By:  */s/ Jonathan R .Weiss*
                                                 Jonathan R. Weiss
                                                 Florida Bar No. 057904
                                                 Squire Patton Boggs (US) LLP
                                                 200 S. Biscayne Blvd., Suite 3400
                                                 Miami, FL 33131
                                                 Telephone: 305-577-7021
                                                 Facsimile: 305-577-7001
                                                 Email: jonathan.weiss@squirepb.com

                                                 *Counsel for Defendants*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 30, 2023, a true copy of the

foregoing has been filed via the CM/ECF filing system that will serve an electronic

Notice of Filing to all counsel of record.


                                            */s/ Jonathan R. Weiss*
                                            Jonathan R. Weiss

                                            *Counsel for Defendants*

1095909486\1\AMERICAS