**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO.: 8:23-cv-00061**

CARTESIAN PRODUCTS, INC.,

        Plaintiff,

v.

ROPER TECHNOLOGIES, INC.,
ISQFT, INC. FORMERLY KNOWN AS
CONSTRUCTION SOFTWARE
TECHNOLOGIES, INC. AND ON
CENTER SOFTWARE, INC.,

        Defendants.

**JOINT NOTICE OF SETTLEMENT**

    Plaintiff CARTESIAN PRODUCTS, INC., by and through its undersigned counsel, and Defendants Roper Technologies, Inc., iSQFT, INC. formerly known as Construction Software Technologies, Inc., and On Center Software, Inc., by and through their undersigned counsel, and pursuant to Local Rule 3.09 of the Middle District of Florida and this Court's Order entered at ECF No. 20, hereby notify the Court that the parties have reached a settlement and request until September 23, 2024 in which to file a Stipulation of Dismissal.

Dated:  August 23, 2024                Respectfully submitted,

| | |
|---|---|
| */s/Angela M. Nieves* | */s/ Jonathan R. Weiss* |
| ANGELA M. NIEVES | Jonathan R. Weiss |
| Florida Bar Number 1032760 | Squire Patton Boggs (US) LLP |
| angela.nieves@sriplaw.com | 200 South Biscayne Boulevard |
| JOEL B. ROTHMAN | Suite 3400 |
| Florida Bar Number 98220 | Miami, FL 33131 |
| joel.rothman@sriplaw.com | jonathan.weiss@squirepb.com |
| | |
| **SRIPLAW, PA** | *Counsel for Defendants* |
| 21301 Powerline Road | |
| Suite 100 | |
| Boca Raton, FL  33433 | |
| 561.404.4350 – Telephone | |
| 561.404.4353 – Facsimile | |
| | |
| *Counsel for Plaintiff Cartesian Products, Inc.* | |